UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 28 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) N  4:21CR00427 MTS/NAB |
| JAMETRIC A. STEELE, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

On or about May 5, 2021, in the Eastern District of Missouri, in St. Francois County, the defendant,

**JAMETRIC A. STEELE,**

did knowingly escape from custody in the Southeast Missouri Behavioral Health Residential Reentry Center (RRC), an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri upon conviction for the commission of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DIANNA R. COLLINS, 59641MO
Assistant United States Attorney